UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SARAH CATHERINE SPAULDING,<br><br>    Plaintiff,<br>v.<br><br>US DOE and US DOJ,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)  Civil No. 24-cv-12401-ADB<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

BURROUGHS, D.J.

By Memorandum and Order dated December 10, 2024, the Court granted Plaintiff Sarah Catherine Spaulding's motion for leave to proceed *in forma pauperis* and denied without prejudice her motion to appoint counsel. [Dkt. No. 5]. Plaintiff was advised that if she wishes to proceed with this action, she must file an amended complaint that sets forth a basis for this Court's jurisdiction and a plausible claim upon which relief may be granted. [Id.]. Plaintiff was advised that failure to comply within twenty-one days would result in dismissal of this action. [Id.].

Rather than file an amended complaint, plaintiff filed a second motion to appoint counsel. [Dkt. No. 7]. Plaintiff failed to file an amended complaint and the time to do so has expired. Because of this failure, this action will be dismissed without prejudice.

Accordingly:

1. The second motion to appoint counsel, [Dkt. No. 7], is DENIED.

2.      For Plaintiff's failure to comply with the Court's December 10, 2024 Memorandum and Order and file an amended complaint, this action is DISMISSED WITHOUT PREJUDICE.

**SO ORDERED.**

January 16, 2025                                            /s/ Allison D. Burroughs
                                                            ALLISON D. BURROUGHS
                                                            U.S. DISTRICT JUDGE